EMILY DAVIES, Respondent, v. HUBERT A. JAGGER et al.,
Appellants.

*Real property — action to recover for damage from salt water flowing
through opening made by defendants in protecting sand dunes.*

*Davies v. Jagger*, 196 App. Div. 952, affirmed.

(Argued January 20, 1922; decided February 3, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 2, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover damages for the injury to and destruction of the trees, hedges, shrubs and other vegetation planted, cultivated and growing upon the plaintiff's homestead premises at Southampton, by the salt water of the Atlantic ocean, at unusually high tides, on September 4 and 5, 1918, flowing through a cut or opening made by the defendants through the sand dunes at the foot of Cooper's Neck Lane.

*Percy L. Housel, T. M. Griffing, R. P. Griffing* and *Harri M. Howell* for appellants.

*Joseph Wood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.